■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BONNIE PIPPINS, Appellant. [665 NYS2d 318] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 7, 1996 (*People v Pippins,* 232 AD2d 432), affirming a judgment of the Supreme Court, Kings County, rendered January 14, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the

effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., O'Brien, Copertino and Pizzuto, JJ., concur.